# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA

Cheryl Dean Riley
Clerk of Court

**OFFICE OF THE CLERK OF COURT**
**POST OFFICE BOX 471**
**WHEELING, WEST VIRGINIA 26003**
**(304) 232-0011**
**Facsimile (304) 233-2185**

Michelle Widmer-Eby
Chief Deputy Clerk

May 24, 2013

 David Ealy                                 , Clerk
Circuit Court of  Marshall           County
Marshall County Courthouse
Moundsville, WV  26041

      RE:    (Case Style Birtcher v Consolidation Coal Co.           )
              NDWV Civil Action No.  5:13-cv-46
              Marshall            Co. Civil Action No:  12-C-169H

Dear Mr/Ms Ealy:                       :

    Enclosed please find a certified copy of the order remanding the above case to your court along with a certified copy of our docket sheet.  Should you need anything further, please feel free to call.

    Thank you for your attention this matter.

                                  Sincererly,

                                  Cheryl Dean Riley, Clerk

                                  BY Clara M. Cottrell
                                  Deputy Clerk

enclosures
cc: case file

I acknowledged receipt of the documents described herein.
Clerk, Circuit Court,  Marshall            County, WV

Date Received _____ By:_____

P.O. Box 2857
Clarksburg, WV 26302
(304) 622-8513

P.O. Box 1518
Elkins, WV 26241
(304) 636-1445

217 W. King Street
Martinsburg, WV 25401
(304) 267-8225